AO 91 (Rev. 11/11) Criminal Complaint (Rev. by USAO on 3/12/20)    ☐ Original    ☐ Duplicate Original

# UNITED STATES DISTRICT COURT

for the

Central District of California

LODGED
CLERK, U.S. DISTRICT COURT
10/09/2024
CENTRAL DISTRICT OF CALIFORNIA
BY: ASI   DEPUTY

United States of America

v.

JOSHUA ISAIAH BARAJAS,
  aka "JOSHUA ISIAH BARAJAS,"
GABRIEL JONATHAN CAMPOS,

Defendant



Case No.   2:24-mj-06201-DUTY

## CRIMINAL COMPLAINT BY TELEPHONE
## OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about September 2, 2024, in the County of Los Angeles in the Central District of California, the defendant violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. §§ 1951(a), 924(c) | Interference with Commerce by Robbery; Using and Carrying a Firearm During and in Relation to a Crime of Violence |

This criminal complaint is based on these facts:

*Please see attached affidavit.*

/s/
Complainant's signature

Stephen J. May, FBI Special Agent
Printed name and title

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date: Oct. 9, 2024

[signature]
Judge's signature

City and state: Los Angeles, California

Hon. Brianna Mircheff, U.S. Magistrate Judge
Printed name and title

AUSA: Alexander H. Tran x0758

**AFFIDAVIT**

I, Stephen J. May, being duly sworn, declare and state as follows:

## I. PURPOSE OF AFFIDAVIT

1. This affidavit is made in support of a criminal complaint and arrest warrants for JOSHUA ISAIAH BARAJAS ("BARAJAS") and GABRIEL JONATHAN CAMPOS ("CAMPOS") for violating 18 U.S.C. § 1951(a) (Interference with Commerce by Robbery) and § 924(c) (Possess, Use, Carry, and Brandish a Firearm in Furtherance of, and During and in Relation to, a Crime of Violence).

2. The facts set forth in this affidavit are based upon my personal observations, my training and experience, and information obtained from various law enforcement personnel and witnesses. This affidavit is intended to show merely that there is sufficient probable cause for the requested complaint and arrest warrants and does not purport to set forth all of my knowledge of or investigation into this matter. Unless specifically indicated otherwise, all conversations and statements described in this affidavit are related in substance and in part only.

## II. BACKGROUND OF AFFIANT

3. I am a Special Agent with the Federal Bureau of Investigation ("FBI") and have been so employed for the past 25 years. From September 1999 through December 2003, I primarily worked as a Bank Robbery Investigator in the San Francisco Division of the FBI. From December 2003 to the present, I have

1

worked as a Bank Robbery Investigator in the Los Angeles Division of the FBI.  From May 2005 to April 2024 (19 years), I was the Bank Robbery Coordinator for the Los Angeles Division of the FBI.

4.   As a Bank Robbery Investigator and prior Bank Robbery Coordinator, I investigate bank robbery cases assigned to me and review, analyze, and disseminate investigative data (including bank surveillance photographs) on nearly all bank robberies that occur in the Central District of California.  Since May 2005, there have been more than 4,000 bank robberies in the Central District of California.

5.   Since October 2013, I have also been the lead FBI agent for the San Gabriel Valley Violent Crime Task Force, which works in conjunction with Task Force Officers from the Los Angeles County Sheriff's Department ("LASD") to investigate commercial and retail robberies.

6.   In connection with the bank robbery and commercial/retail robbery investigations in which I have participated, I have used a variety of investigative techniques, including witness interviews, speaking with law enforcement agents and officers, reviewing surveillance images and cellular telephone data, and reviewing physical evidence.  As a result of this experience and my conversations with other law enforcement personnel, including FBI SAs and local law enforcement detectives who were experienced with commercial robbery investigations, I am familiar with the methods used by

individuals to commit commercial robberies as well as effective investigative methods used to solve them.

### III. SUMMARY OF PROBABLE CAUSE

7. LASD, the FBI, and other law enforcement agencies have been investigating a series of at least seventeen recent armed robberies or attempted robberies that appear to be related. The robbery series started on or about June 5, 2024, and continued through September 2, 2024. The robbers inside the businesses, primarily 7-Eleven convenience stores, appeared to be armed. The robberies occurred late at night into the early morning hours (approximately 9:56 p.m. to 2:11 a.m.). As explained below, law enforcement identified BARAJAS and CAMPOS as the suspected robbers.

8. Below is a list of the suspected seventeen robberies believed to have been committed by BARAJAS and/or CAMPOS based on their physical appearance, the clothing worn, the description of the guns, the _modus operandi_ of the robberies, and the getaway vehicle used in some of the robberies:

| BUSINESS | DATE | APPROX. TIME | ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|---|---|---|
| 7-Eleven | 6/5/24 | 1:03 AM | 12170 Ramona Blvd | El Monte | CA | 91732 |
| 7-Eleven | 6/10/24 | 1:28 AM | 1100 West Commonwealth Ave | Alhambra | CA | 91803 |
| 7-Eleven | 6/10/24 | 11:57 PM | 705 East Fifth St | Azusa | CA | 91702 |
| 7-Eleven | 6/11/24 | 12:27 AM | 2717 E. Colorado Blvd | Pasadena | CA | 91107 |
| 7-Eleven | 7/6/24 | 12:59 AM | 711 North Azusa Ave | West Covina | CA | 91791 |
| 7-Eleven | 7/6/24 | 2:00 AM | 8807 Misson Dr | Rosemead | CA | 91770 |

3

| BUSINESS | DATE | APPROX. TIME | ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|---|---|---|
| 7-Eleven | 7/8/24 | 1:03 AM | 2705 Huntington Dr | Duarte | CA | 91010 |
| Circle K | 7/10/24 | 9:38 PM | 5676 Rosemead Blvd | Temple City | CA | 91780 |
| 7-Eleven | 7/10/24 | 11:10 PM | 3366 San Gabriel Blvd | Rosemead | CA | 91770 |
| Arco Gas | 7/15/24 | 11:41 PM | 625 Las Tunas Dr | Arcadia | CA | 91007 |
| Liquor Mart | 7/30/24 | 10:55 PM | 2044 East Colorado Blvd | Pasadena | CA | 91107 |
| 7-Eleven | 9/1/24 | 12:30 AM | 4800 Temple City Blvd | Temple City | CA | 91780 |
| 7-Eleven | 9/1/24 | 1:22 AM | 105 North Vincent Ave | Covina | CA | 91722 |
| 7-Eleven | 9/1/24 | 1:30 AM | 2705 Huntington Dr | Duarte | CA | 91010 |
| George's Liquor | 9/1/24 | 10:40 PM | 3061 Lincoln Avenue | Altadena | CA | 91001 |
| Arco Gas | 9/2/24 | 2:11 AM | 100 North Azusa Ave (**SUBJECT ROBBERY 1**) | Azusa | CA | 91702 |
| Amplify Gas | 9/2/24 | 9:56 PM | 4126 Live Oak Ave (**SUBJECT ROBBERY 2**) | Arcadia | CA | 91006 |

## IV. STATEMENT OF PROBABLE CAUSE

A. "SUBJECT ROBBERY 1" – September 2, 2024 Attempted Robbery of Arco Gas Station in Azusa, California

9. Based on my review of an Azusa Police Department ("APD") report, I learned the following:

a. On September 2, 2024, APD officers responded to the Arco Gas Station, located at 100 North Azusa Avenue, Azusa, California regarding a robbery that occurred at approximately 2:11 a.m.

b. APD Officers interviewed the store clerk, J.P., who told them J.P. was working at the front counter when one of the robbers ("Robber 1") entered the store and immediately

4

approached J.P.  Robber 1 pointed a brown handgun at J.P.  As robber 1 pointed the gun at J.P., Robber 1 told J.P. to open the register and give him the money.  J.P. told Robber 1 that J.P. was unable to open the register.  However, J.P. told Robber 1 could take money he currently had in J.P.'s hands.  Robber 1 continued to demand money from the register.  Robber 1 eventually put the brown handgun back into the front pocket of his sweater and exited the gas station.  Robber 1 did not take anything from the store.  J.P. stated that J.P. began to feel scared and nervous due to the fact that a handgun had been pointed at J.P.

        c.  APD Officer Cardenas reviewed the surveillance video from the store.  Upon viewing the video, Officer Cardenas noted the date and time was September 2, 2024 and 2:12 a.m.  At that time, Robber 1 emerged from Alameda Avenue and walked through the Motel 6 (137 E. First Street) parking lot toward the Arco Gas Station.  According to Officer Cardenas, surveillance video also showed a white 2019 Honda Civic driving westbound on First Street seconds before Robber 1 entered the Arco Gas Station parking lot.

        i.  Robber 1 wore a black and gray Nike sweater, a black face mask, blue sweats or pants, and black and white shoes.

        ii.  Another camera angle showed Robber 1 enter the Arco Gas Station at 2:12 a.m. and exit the Arco Gas Station at 2:13 a.m.

d.  After the attempted robbery, Officer Cardenas reviewed video taken from the Super 8 Motel (117 N. Azusa Avenue) and reported the following:

i.  The footage showed Robber 1 run northbound on Azusa Avenue and approach a 2019 white Honda Civic that was parking along the east curb of Azusa Avenue, directly next to the Jack-in-the-Box (126 N. Azusa Avenue). Robber 1 entered either the front passenger or rear passenger side of side of the white Civic. The white Civic then drove northbound on Azusa Avenue. The white Civic had its brake lights activated the entire time until Robber 1 entered the white Civic. The moment Robber 1 entered the white Civic, the white Civic drove northbound.

e.  Officer Cardenas checked the Azusa city cameras, specifically the intersection of First Street and Azusa Avenue for any white Honda Civics during the time frame of the robbery. Officer Cardenas located only one white Honda Civic during that time frame (2:00 a.m. to 2:30 a.m.). The license plate on that white Civic was #9EBZ700.

f.  Officer Cardenas conducted a records check on the white Civic and learned the white Civic was registered to CAMPOS (CDL *****485), along with a residential address located in Pasadena, California.

g.  Officer Cardenas contacted Pasadena Police Department ("PPD") and they informed him that the last two times CAMPOS was arrested by PPD, they impounded that same white Civic.

**B.    "SUBJECT ROBBERY 2" – September 2, 2024 Robbery of Amplify Gas Station in Arcadia, California**

10.  Based on my review of an LASD report, I learned the following:

a.  On September 2, 2024, LASD deputies responded to Amplify Gas, located at 4126 Live Oak Avenue, Arcadia, California regarding a robbery that occurred at approximately 9:56 p.m.

b.  Deputies interviewed victim-witness P.S., who was working as a cashier. The interview was translated to deputies by store manager G.S. P.S. stated that the two robbers ("Robber A" and "Robber B") entered the gas station and walked over to the cash register counter where P.S. was working. Robber A pointed a brown handgun at P.S. and yelled, "Open your safe and give me the money." P.S. told Robber A that P.S. was unable to give him the money because P.S. did not have access to the cash register. Robber A told P.S. to open both cash registers and give him all the money. Fearing for P.S.'s life, P.S. grabbed a black plastic bag and put all the money from the registers in it. Robber B was standing in the rear of the location. After receiving the money, both robbers exited the store and southbound on Ninth Avenue.

c.  The robbers took approximately $1,200 in U.S. currency.

d.  The store's video surveillance system was working and below are some images from the robbery.[1]

---

[1] Victim P.S. is redacted with a blue square shape to protect their identity.





**C.  BARAJAS and CAMPOS are Detained and Identified by El Monte Police Department on September 2, 2024**

11.  Based on my review of the El Monte Police Department ("EMPD") report, I learned the following:

 a.  On September 2, 2024, at approximately 10:10 p.m. (approximately 15 minutes after the robbery), EMPD Officers Brown and Hernandez were driving westbound on Garvey Avenue toward Washington Avenue.  While driving, they observed a white Honda Civic (#9EBZ700) in the eastbound lanes in the left turn bay on Garvey Avenue.  The front windshield of the vehicle was tinted.  Officer Hernandez shined a flashlight toward the front

8

of the windshield and observed the driver (later identified as CAMPOS) wearing a black face mask.

      b.    EMPD pulled in behind the white Civic and eventually pulled it over in front of 3032 Washington Avenue. Both officers got out of their police vehicle, at which time the white Civic began to drive northbound on Washington Avenue toward Bodger. Both officers ran back to their police vehicle and followed the white Civic. The white Civic would stop approximately two more times until it made a full and complete stop in front of 3052 Washington Avenue in El Monte, California.

      c.    Officer Hernandez ordered the driver (CAMPOS) to lower all the windows down on the white Civic. At the time, CAMPOS was not wearing the black face mask Officer Hernandez initially had seen.

      d.    Officer Hernandez asked CAMPOS for CAMPOS's driver's license. CAMPOS was unable to provide him a valid California driver's license.

      e.    CAMPOS and BARAJAS exited the white Civic. Officer Brown asked CAMPOS for his consent to search his vehicle, which CAMPOS did.

      f.    Officer Hernandez observed an ankle monitor on BARAJAS's right ankle. Officer Hernandez was unable to confirm whether BARAJAS was on probation via a record check, but believed BARAJAS was on active probation. BARAJAS also told officers that he was on probation for possession of ammunition.

      g.    Officer Hernandez searched the rear of the white Civic and located a black face mask believed to have been worn

by CAMPOS. He also found gardening gloves that were turned inside out. In the front passenger seat of the Civic, Officer Hernandez could see large amounts of cash in small denominations.

  h. Officer Hernandez had prior knowledge of armed robberies that had occurred in LASD's Temple Station jurisdiction on September 1, 2024. The robbers were described as two Hispanic males with ski masks and armed with handguns. Officer Hernandez called LASD Temple Station to notify them of the two subjects.

  **D.** **LASD Temple Station Deputies Respond to the Location of BARAJAS and CAMPOS**

 12. LASD Deputies responded to 3052 Washington Avenue, El Monte, California, where BARAJAS and CAMPOS were detained. LASD deputies then spoke with EMPD Officers Hernandez and Brown.

  a. After being briefed by Officers Hernandez and Brown, deputies approached the white Civic and observed in plain view multiple hand gloves in the back seat of the white Civic along with a mask and black sweaters. There was a black iPhone (described later in paragraph 14) and large amount of U.S. currency in the front passenger floorboard. Based on these circumstances, CAMPOS and BARAJAS were detained pending a robbery investigation.

  b. Following LASD protocol, deputies conducted an inventory of the white Civic for valuables and found a large amount of U.S. currency in the center console and on the floorboard of the passenger seat. They unzipped the cloth from

behind the driver's seat and found a loaded brown semiautomatic handgun with more U.S. currency. In total, LASD located approximately $729 in U.S. currency.  They also unzipped the cloth cover from the passenger seat and found a loaded black semiautomatic handgun.  Below are images of the two loaded handguns recovered in the Civic:




        a.    LASD deputies transported victim-witness P.S. from the Amplify Gas station to where CAMPOS and BARAJAS were detained.  Victim-witness P.S. was admonished by the "Field Identification of Suspects" form, which P.S. acknowledged understanding.  Deputies had BARAJAS exit the vehicle and upon viewing BARAJAS, victim-witness P.S. stated, "That's him. That's him."  Victim-witness P.S. also saw CAMPOS wearing the black sweater and black ski mask and confirmed that CAMPOS was the suspect he saw standing at the rear of the business during the robbery (Robber B).

        b.    Below are the clothing items believed to be worn by BARAJAS and CAMPOS, along with the gloves and masks located in the white Civic.

11






**E.  BARAJAS was in the general vicinity of both SUBJECT ROBBERIES**

13.  A search warrant was authorized by State Superior Court of California, Los Angeles County, Magistrate Judge Margaret M. Bernal, on September 5, 2024, for BARAJAS's

12

electronic monitoring records for the ankle monitored issued to BARAJAS by the Los Angeles County Probation Office.

    a. I geographically plotted the location information for the ankle monitor. I plotted the location data in those records with a third-party software.

    b. Based on my review of the location data (Global Positioning System (GPS) hits) for BARAJAS's ankle monitor, BARAJAS's ankle monitor was in the general vicinity for both **SUBJECT ROBBERY 1** and **SUBJECT ROBBERY 2** at the time of each respective robbery, and at the car stop on 3052 Washington Avenue El Monte, California on September 2, 2024.

    **F. CAMPOS's cellphone was in the general vicinity of both SUBJECT ROBBERIES**

14. A search warrant was authorized by State Superior Court of California, Los Angeles County, Magistrate Judge Margaret M. Bernal, on September 3, 2024, for two phones (black color iPhone and a blue iPhone) recovered.

    a. Based on my conversations with LASD Detective Woodhouse, I know that a Cellebrite extraction was conducted on the black iPhone by LASD, which was located on the front passenger floorboard of the Civic. Detective Woodhouse reviewed the content/items within the black iPhone and believed the black iPhone was associated with CAMPOS. Detective Woodhouse observed images of CAMPOS on the black iPhone. Based on those images, Detective Woodhouse believed the black iPhone belonged to CAMPOS.

      b.    An extraction of the black iPhone's device location information was conducted and exported. I geographically plotted the device location information for the black iPhone. I plotted the device location data with a third-party software.

      c.    Based on my review the black iPhone device location data information that was plotted, the mobile phone was in the general vicinity for both **SUBJECT ROBBERY 1** and **SUBJECT ROBBERY 2** at the approximate time of each respective robbery, and at the car stop on 3052 Washington Avenue El Monte, California.

### G. The clothes and gun recovered from the white Civic are consistent with clothes worn and the gun used during SUBJECT ROBBERY 2

15.    I have reviewed the surveillance images from **SUBJECT ROBBERY 2**. Based on my review, the clothing items and gun are consistent with the items that CAMPOS and BARAJAS were wearing and the items discovered in the white Civic.

### H. Arco Gas Station and Amplify Gas Station Operate and Affect Interstate Commerce

16.    Based on my training and experience and my review of Arco's website and my conversation with LASD Detective Woodhouse, I know that Arco gas station and Amplify gas station operate and affect interstate commerce.

17.    Specifically, according to Arco's website, ARCO is a leading gas provider with over 1,500 locations in 15 states across the United States. Arco accepts payment via credit card and purchases, sells and distributes products in and affecting

interstate and foreign commerce, including products from outside California.

18. On October 7, 2024, I telephonically interviewed the Amplify gas station owner, S.H., while LASD Detective Woodhouse was present at Amplify gas station with S.H. S.H. stated that that Amplify gas station accepts credit cards as payment. They also sell Coca-Cola products and gasoline.

## V. CONCLUSION

19. For all the reasons described above, there is probable cause to believe that BARAJAS and CAMPOS have violated 18 U.S.C. § 1951(a) (Interference with Commerce by Robbery) as described above for **SUBJECT ROBBERY 1** and **SUBJECT ROBBERY 2,** and § 924(c) (Possess, Use, Carry, and Brandish a Firearm in Furtherance of, and During and in Relation to, a Crime of Violence) as described above for **SUBJECT ROBBERY 2**.

Attested to by the applicant in
accordance with the requirements
of Fed. R. Crim. P. 4.1 by
telephone on this  9th  day of
October, 2024.

HON. BRIANNA FULLER MIRCHEFF
UNITED STATES MAGISTRATE JUDGE

15